(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER B., Appellant. — Judgment, Supreme Court, Bronx County, rendered on August 10, 1979, unanimously affirmed. The order of this court entered on October 30, 1980 is vacated. No opinion. Concur — Kupferman, J. P., Sandler, Markewich, Bloom and Yesawich, JJ.

## (NOVEMBER 25, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL JOHNSON, Appellant. — Judgment, Supreme Court, Bronx County, rendered on June 9, 1980, unanimously affirmed. The underlying motion to suppress was properly denied for the reasons set forth in opinion of Ciparick, J. No opinion. Concur — Murphy, P.J., Kupferman, Sandler, Lupiano and Lynch, JJ.